UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BARBARA-TATE WARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 4:23-cv-1728-CDP |
| ) | |
| KIPP ST. LOUIS, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION FOR DISMISSAL

The parties hereby stipulate and agree that this action, including all claims and counterclaims asserted therein, shall be, and it hereby is, dismissed with prejudice, with the parties to bear their own costs and attorneys' fees.

| | |
|---|---|
| THE LAW OFFICES OF DERALD GAB | SHANDS, ELBERT, GIANOULAKIS & GILJUM, LLP |
| | |
| | /s/ Thomas A. Durphy |
| /s/Bret C. Kleefuss | Thomas A. Durphy - #49643 MO |
| | David A. Castleman -#47946 MO |
| Bret C. Kleefuss | 8235 Forsyth Blvd., Suite 700 |
| 1708 Olive | St. Louis, MO 63105 |
| St. Louis, Mo 63103 | (314) 241-3963 |
| 314-367-4878 | (314) 241-2509 – Fax |
| bretcharles@yahoo.com | |
| Attorney for Plaintiff | |
| Barbara Tate-Ward | |
| | tdurphy@shandselbert.com |
| | dcastleman@shandselbert.com |
| | |
| | Attorneys for Defendant |
| | KIPP St. Louis |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing certificate of service was served upon all counsel of record via the Court's electronic filing system this 29~~——~~ day of August, 2024.

/s/ Thomas A. Durphy

~~Exhibit B~~